**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-32357 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Vince Davis | | | | Date Filed (f) or Converted (c): | 10/30/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/04/2017 |
| For Period Ending: | 06/30/2021 | | | | Claims Bar Date: | 08/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2014 Volkswagen Jetta Mileage: 20,000 | 11,825.00 | 11,825.00 | | 0.00 | FA |
| 2.  Used Personal Household Furniture And Goods/Items | 200.00 | 0.00 | | 0.00 | FA |
| 3.  Firearms | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Used Personal Clothing And Accessories | 200.00 | 0.00 | | 0.00 | FA |
| 5.  Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Chase Bank | 145.00 | 0.00 | | 0.00 | FA |
| 7.  Isf Bank | 250.00 | 0.00 | | 0.00 | FA |
| 8.  Isf Bank | 10.00 | 0.00 | | 0.00 | FA |
| 9.  Whole Life Insurance Policy Through Combined Insurance - No Cash Surrender Value | 1.00 | 0.00 | | 0.00 | FA |
| 10.  Pre-petition claim for personal injuries (u)  The Trustee is unable to express an opinion on valuation because it would be speculative and might unduly influence pending litigation. | Unknown | 1.00 | | 0.00 | 1.00 |
| 11.  Void (u) | 0.00 | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $13,231.00 | $11,826.00 | | $0.00 | $1.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2021 Litigation ongoing in state court

4/2021  Case management set for 6/8/2021

1/2021  Case management set for 4/2021 in pending PI case

6/2020  Pending PI case in state court delayed due to Corona virus

10/2019 Special counsel for Trustee was employed on 7/31/2019

6/2019 Trustee to employ special counsel regarding PI case

5/2019  Case reopened


Initial Projected Date of Final Report (TFR): 06/30/2021        Current Projected Date of Final Report (TFR): 06/30/2022

Trustee Signature:        /s/ STEVEN R. RADTKE        Date: 07/30/2021

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1314
CHICAGO, IL 60603
(312) 346-1935
sradtke@chillchillradtke.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-32357
Case Name: Vince Davis

Trustee Name: STEVEN R. RADTKE
Bank Name:
Account Number/CD#:

Taxpayer ID No:
For Period Ending: 06/30/2021

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ STEVEN R. RADTKE    Date: 07/30/2021

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1314
CHICAGO, IL 60603
(312) 346-1935
sradtke@chillchillradtke.com

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |